**In the United States District Court**
**For the District of Columbia**

| | |
|---|---|
| NOKIA TECHNOLOGIES OY, <br><br> Plaintiff (Complainant), <br><br> v. <br><br> APPLE INC., <br><br> Defendant (Respondent). | Civil Action No. Misc. 17-629(CKK) <br><br> **FILED** <br> MAR 23 2017 <br> Clerk, U.S. District and Bankruptcy Courts |

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

The United States District Court for the District of Columbia presents its compliments to the Director of International Affairs of the Central Authority of the Republic of Korea and respectfully requests international judicial assistance to obtain evidence under the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters. The requested evidence is for an administrative proceeding as approved by this Court in the above-captioned matter.

Based on the representations made by Complainant Nokia Technologies Oy ("Nokia") this Court believes that Samsung Electronics Co., Ltd. ("SEC") is in possession of documents and has knowledge regarding material facts that are relevant for the proper prosecution of the above-referenced administrative proceeding. There are important deadlines in the above-referenced administrative proceeding, particularly an evidentiary hearing scheduled for November 13–17, 2017. Thus, this Court additionally requests that the Director of International Affairs expedite this request to the extent possible. This Court requests the assistance described below:

| Sender | Adam Swain<br>Alston & Bird<br>950 F Street, N.W.<br>Washington, DC 20004<br>Tel. +1 (202) 239-3300<br>United States of America |
|---|---|
| Central Authority of the Requested State | National Court Administration<br>Attn: Director of International Affairs<br>219, Seocho-dong, Seocho-gu<br>Seoul 137-750<br>Republic of Korea |
| Person to Whom the Executed Request is to be Returned | Adam Swain<br>Alston & Bird<br>950 F Street, N.W.<br>Washington, DC 20004<br>Tel. +1 (202) 239-3300<br>United States of America |
| Specification of the Date by Which the Requesting Authority Requires Receipt of the Response to the Letter of Request ||
| Date | A response is requested by April 14, 2017, or as soon as practicable. |
| Reason for Urgency | Under Section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1337, investigations in the United States International Trade Commission must be completed "at the earliest practicable time." An evidentiary hearing for this investigation is currently scheduled for November 2017, and fact discovery is likely to be cutoff by September. Depositions of persons not in the United States cannot be taken on less than fifteen (15) days' notice, and subpoenaed parties must be given a minimum of ten (10) days to respond to the subpoena to allow an opportunity to move to quash the subpoena. Expedient treatment of this request will allow the parties and the witnesses to arrange a mutually agreeable date for testimony. |

| In Conformity with Article 3 of the Convention, the Undersigned Applicant Has the Honor to Submit the Following Request: ||
|---|---|
| Requesting Judicial Authority (Article 3, *a*) | United States District Court Judge<br>U.S. District Court for the District of Columbia<br>333 Constitution Avenue, NW<br>Washington, DC 20001<br>United States of America |
| To the Competent Authority of (Article 3, *a*) | Republic of Korea |
| Name of the Case and Any Identifying Number | In the Matter of<br>Certain Electronic Devices, Including Mobile Phones, Tablet Computers, and Components Thereof<br>Investigation No. 337-TA-1038 |
| Names and Addresses of the Parties and Their Representatives (Including Representatives in the Requested State) (Article 3, *b*) ||
| Plaintiff (Complainant) | Nokia Technologies Oy<br>Karaportti 3,<br>FIN-02610, Espoo, Finland |
| Representatives | John D. Haynes<br>Patrick J. Flinn<br>Wesley C. Achey<br>David S. Frist<br>Alston & Bird LLP<br>One Atlantic Center<br>1201 West Peachtree Street, Suite 4900<br>Atlanta, GA 30309<br>Attorneys for Nokia Technologies Oy<br><br>Jamie D. Underwood<br>Adam D. Swain<br>Alston & Bird LLP<br>950 F Street, N.W.<br>Washington, DC 20004<br>Attorneys for Nokia Technologies Oy<br><br>Theodore Stevenson, III<br>Nicholas Mathews<br>McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201 |

| | |
|---|---|
| | Attorneys for Nokia Technologies Oy<br><br>Kevin L. Burgess<br>McKool Smith, P.C.<br>300 W. Sixth Street, Suite 1700<br>Austin, TX 78701<br>Attorney for Nokia Technologies Oy |
| Defendant (Respondent) | Apple Inc.<br>1 Infinite Loop,<br>Cupertino, CA 95014 |
| Representatives | Mark D. Selwyn<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Attorney for Apple Inc.<br><br>William F. Lee<br>Joseph J. Mueller<br>Kate Saxton<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>Attorneys for Apple Inc. |
| Other Parties | Peter J. Sawert, Esq.<br>Sarah J. Sladic, Esq.<br>Office of Unfair Import Investigations<br>U.S. International Trade Commission<br>500 E. Street, S.W., Suite 401<br>Washington, DC 20436 |
| Nature of the Proceedings and Summary of the Facts | This is a proceeding being conducted by the United States International Trade Commission (the "ITC") under Section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1337 ("Section 337"), based on a Complaint filed by Nokia Technologies Oy ("Nokia") on December 22, 2016. The Complaint alleges that Apple Inc. ("Apple") infringes U.S. Patent Nos. 7,415,247, 9,270,301, 6,393,260, 8,036,619, 6,826,391, 6,480,700, 9,473,602, and 7,653,366 (collectively, the "patents-in-suit"). The accused products are certain portable communication devices, including |

| | |
|---|---|
| | mobile phones, tablet computers, and components thereof.<br><br>The ITC instituted an Investigation based on Nokia's Complaint on January 27, 2017. Upon institution, the case was originally assigned to Chief Administrative Law Judge Charles E. Bullock to preside over pre-trial matters, conduct a trial, and issue an initial determination on the merits of the case. The Investigation was then severed into two Investigations. ALJ Bullock retained Investigation No. 337-TA-1038, which includes U.S. Patent Nos. 8,036,619, 6,480,700, 7,653,366, and 9,473,602. The initial determination is subject to possible review by the ITC with a right to appeal to the United States Court of Appeals for the Federal Circuit.<br><br>Section 337 requires "an industry in the United States, relating to the articles protected by the patent...exists or is in the process of being established." 19 U.S.C. § 337(a)(2). SEC is in possession of documents relevant to this Investigation, particularly with regard to specific, highly technical functionalities of Samsung's mobile devices, including but not limited to the radio frequency ("RF") transceiver modules, baseband processor modules, and power amplifier modules used in the products Nokia is relying on for domestic industry. SEC also has persons with knowledge about the manner in which its devices operate and utilize Nokia's technologies. |
| Evidence to be Obtained or Other Judicial Act to be Performed (Article 3, *d*) | It is requested that a judicial authority of the Republic of Korea order SEC to produce copies of documents and other property relating to specific products it sells in the United States that incorporate Nokia's technologies and practice claims of the patents-in-suit. The documents and other property requested are set forth with more specificity in Attachment A. |

| | |
|---|---|
| | It is additionally requested that a judicial authority of the Republic of Korea compel SEC to make available a suitable representative to answer deposition questions concerning the products SEC sells in the United States that incorporate Nokia's technologies and practice claims of the patents-in-suit. The topics of the deposition questions are set forth with more specificity in Attachment B. |
| Purpose of the Evidence or Judicial Act Sought | The requested documents and deposition testimony will provide important evidence that an industry in the United States exists as required by Section 337. |
| Identity and Address of Any Person to be Examined (Article 3, *e*) | Samsung Electronics Co., Ltd.<br>416 Maetan-3dong, Yeongtong-gu<br>Suwon-City, Gyonggi-do, Korea 443-742 |
| Questions to be Put to the Persons to be Examined or Statement of the Subject Matter about Which They Are to be Examined (Article 3, *f*) | The deposition questions concern the products SEC sells in the United States that incorporate Nokia's technologies and practice claims of the patents-in-suit. The questions are set forth with more specificity in Attachment B. |
| Documents or Other Property to be Inspected (Article 3, *g*) | The documents and other property to be inspected relate to specific products SEC sells in the United States that incorporate Nokia's technologies and practice claims of the patents-in-suit. The documents and other property requested to be inspected are set forth with more specificity in Attachment A. |
| Any Requirement That the Evidence be Given on Oath or Affirmation and Any Special Form to be Used (Article 3, *h*) | It is requested that SEC's representatives be examined under oath. In the event that the witness cannot be placed under oath, it is requested that they answer questions in such manner as provided by local law for taking evidence, including those provisions intended to ensure the truthfulness of oral testimony.<br><br>Additionally, it is requested that each document described in Attachment A be produced along with all non-identical drafts |

| | |
|---|---|
| | thereof in their entirety, without abbreviation or redaction, as maintained in the ordinary course of business. |
| Special Methods or Procedure to be Followed (Articles 3(*i*), 9) | With regard to the production of documents, in the event that any document called for by these requests is withheld in whole or in part on the basis of any applicable privilege, it is requested that SEC furnish a privilege log that identifies each document for which any privilege is claimed and that provides, with respect to each document, the following information:<br><br>(1) The date the document was created and last modified;<br>(2) The subject matter of the document;<br>(3) The person(s) who prepared the document;<br>(4) All persons to whom the document was distributed, shown, or explained;<br>(5) The document's present custodian; and<br>(6) The nature of the privilege asserted.<br><br>With regard to the deposition, it is requested that:<br><br>(1) The examination be conducted orally;<br>(2) The parties' representatives or their designees, interpreters, and a stenographer be permitted to be present during the examination;<br>(3) All persons other than the judicial officer conducting the examination, the attorneys for the parties, the stenographer, interpreters, and all other officials of the court of the Republic of Korea normally present during such proceedings be excluded from the examination if such exclusion is permitted under the laws of the Republic of Korea;<br>(4) A stenographer be permitted to record the examination verbatim; |

| | |
|---|---|
| | (5) The stenographer be permitted to record the examinations by audiovisual means;<br>(6) The parties' representatives or their designees be permitted to submit additional questions to be presented to the witness following the witness's response to the initial questions put forth; and<br>(7) That the witness be examined after reasonable examination of the documents produced. |
| Request for Notification of the Time and Place for the Execution of the Request and Identity and Address of Any Person to be Notified | It is requested that the individual identified below be furnished as soon as practicable with a copy of the executed Letter of Request, and be informed as soon as practicable of the time and place for the examination of the witnesses.<br><br>Adam Swain<br>Alston & Bird<br>950 F Street, N.W.<br>Washington, DC 20004<br>Tel. +1 (202) 239-3300<br>United States of America |
| Request for Attendance or Participation of Judicial Personnel of the Requesting Authority at the Execution of the Letter of Request (Article 8) | None |
| Party Bearing the Fees and Costs Incurred Which Are Reimbursable Under the Second Paragraph of Article 14 or Under Article 26 of the Convention | Nokia Technologies Oy<br>Karaportti 3,<br>FIN-02610, Espoo, Finland |
| Date of Request | 23rd of March, 2017 |
| Signature and Seal of the Requesting Authority | *[signature]*<br>United States District Court Judge<br>U.S. District Court for the District of Columbia |

Attachments:
Attachment A, Documents or Other Property to be Produced by Samsung Electronics Co., Ltd.;
Attachment B, Topics for the Deposition of Samsung Electronics Co., Ltd.;
Attachment C, Protective Order;
Attachment D, Ground Rules;
Attachment E, Complaint;
Attachment F, Subpoenas Issued to Samsung Austin Semiconductor LLC and Samsung Electronics America.